# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEROY ROBINSON and JAY DINO,** | : | **CIVIL ACTION NO. 1:02-CV-1124** |
| **Plaintiffs** | : | **(CLASS ACTION)** |
| v. | : | (Judge Conner) |
| **PENNSYLVANIA STATE CORRECTIONS OFFICERS ASSOCIATION, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of May, 2005, upon consideration of plaintiffs' motion for preliminary injunction (Doc. 79), and following a hearing during which counsel indicated that the motion had been amicably resolved pursuant to an agreement of the parties, which was placed on the record at the hearing, and requested that the motion be withdrawn without prejudice, it is hereby ORDERED that the motion (Doc. 79) is deemed WITHDRAWN without prejudice to plaintiffs' right to reinstate the motion based on noncompliance with the agreement of the parties.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge